COURT OF APPEALS OF VIRGINIA

UNPUBLISHED

Present:  Judges Beales, Russell and Senior Judge Frank

TERESA A. McDONOUGH

v.      Record No. 1499-15-1

AMERICAN CAPITAL FUNDING, LLC AND
 MARYLAND CASUALTY COMPANY

MEMORANDUM OPINION[*]
PER CURIAM
FEBRUARY 9, 2016

FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

(Marc P. Messier; Dunnigan & Messier, P.C., on briefs), for
appellant.

(Andrew S. Willis; Frances B. Georges; Kalbaugh Pfund &
Messersmith, on brief), for appellees.

Teresa A. McDonough appeals a decision of the Workers' Compensation Commission finding that she failed to prove that she suffered from the occupational disease of carpal tunnel syndrome or that she suffered a compensable injury by accident.  We have reviewed the record and the Commission's opinion and find that this appeal is without merit.  Accordingly, we affirm for the reasons stated by the Commission in its final opinion.  See McDonough v. Am. Capital Funding, LLC, JCN VA00000839368 (Aug. 25, 2015).  We dispense with oral argument and summarily affirm because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.  See Code § 17.1-403; Rule 5A:27.

Affirmed.

_____

[*] Pursuant to Code § 17.1-413, this opinion is not designated for publication.